FILED
United States Court of Appeals
Tenth Circuit

September 9, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

WENDY FAUSTIN,

    Plaintiff - Appellant,

v.

JARED POLIS, in his official capacity as Governor of Colorado, et al.,

    Defendants - Appellees,

and

JOHN KELLNER, in his official capacity as District Attorney for the 18th Judicial District, et al.,

    Defendants.

No. 25-1322
(D.C. No. 1:23-CV-01376-SKC-NRN)
(D. Colo.)

_____

**ORDER**
_____

This matter is before the court on *Appellant's Motion for Summary Action* and States Appellees' and Denver Appellees' *Responses* thereto.

Tenth Circuit Rule 27.3 provides that a party may file only the following dispositive motions: a motion to dismiss an entire case for lack of appellate jurisdiction or for a reason a dismissal is permitted by statute or procedural rule; a motion for summary disposition because of a supervening change of law or mootness; a motion to remand for additional trial court or administrative proceedings; or a motion by the government to enforce an appeal waiver and dismiss the entire appeal. 10th Cir. R. 27.3(A)(1)(a)-(d).

*Appellant's Motion for Summary Action* is not one of the types of motions under Rule 27.3(A)(1), which a party may file to seek summary disposition of an appeal. Appellant's motion is denied without prejudice to raising the arguments in Appellant's opening brief.

Appellant's opening brief and appendix remain due October 7, 2025.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk